IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **12-cv-2384-JLK**

**MANDY ROYBAL, individually and on behalf of all others similarly situated who consent to their inclusion,**

        Plaintiff,

v.

**INTEGRATED ASSET SERVICES, LLC, a limited liability company,**

        Defendant.

---

## ORDER OF TRANSFER

Kane, J.

In light of the Notice of Related Cases and with the consent of Chief Judge Daniel and the concurrence of Judge R. Brooke Jackson, this case is **TRANSFERRED** to Judge R. Brooke Jackson.

Dated: September 12, 2012

        BY THE COURT:

        *s/John L. Kane*
        John L. Kane, Senior Judge
        United States District Court